CHARLOTTE W. LINDERS ET AL., APPELLANTS, v. JOSEPH
BILDNER ET AL., RESPONDENTS.

Submitted May 28, 1943—Decided September 16, 1943.

For the appellants, *Joseph J. Corn*.

For the respondents, *Harvey E. Stevenson*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, DONGES, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ.  13.

*For reversal*—None.